PAUL J. FISHMAN
United States Attorney
Newark, New Jersey

Sixtina Fernandez
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY  10278
(212) 264-3650, Ext. 229
Fax: (212) 264-6372
Sixtina.Fernandez@ssa.gov
sf3547

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
------------------------------------------------ x
EVELYN LOPEZ                                      :              Hon. Jose L. Linares
                                                  :
                                                  :
              Plaintiff,                          :
                                                  :                 09-cv-4531
       v.                                         :
                                                  : CONSENT ORDER FOR PAYMENT OF
COMMISSIONER OF                                   : FEES PURSUANT TO THE EQUAL ACCESS
SOCIAL SECURITY,                                  : TO JUSTICE ACT, 28 U.S.C. 2412(d)
                                                  :
              Defendant.                          :
------------------------------------------------ x
```

This matter having been opened to the Court by James Langton, Esq. for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Paul J. Fishman, United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of six thousand five hundred thirty-six dollars and twenty-five cents ($6,536.25) in EAJA fees pursuant to 28 U.S.C. § 2412(d) payable to the law firm of Langton &

Alter pursuant to an assignment of EAJA fees, the Court having reviewed the record in this matter;

IT IS on this 1ˢᵗ day of ~~May~~ June, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of six thousand five hundred thirty-six dollars and twenty-five cents ($6,536.25) in EAJA fees pursuant to 28 U.S.C. § 2412(d), payable to the law firm of Langton & Alter pursuant to an assignment of EAJA fees.

_____
Jose L. Linares, Judge
United States District Court

The undersigned hereby consent to the form and entry of the within order.

PAUL J. FISHMAN
United States Attorney

By:     s/Sixtina Fernandez
        Sixtina Fernandez
        Special Assistant U.S. Attorney


Langton & Alter


By:     s/James Lagnton by SF
        James Langton, Esq.
        Attorney for Plaintiff